

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

200 WEST 41ST STREET
17TH FLOOR
NEW YORK, NY 10036-7203
TELEPHONE (212) 972-3000
TELEFAX (212) 972-2245
WWW.KLESTADT.COM

KATHLEEN M. AIELLO
DIRECT: 646-998-7530
EMAIL: KAIELLO@KLESTADT.COM

January 14, 2026

<u>**VIA ECF**</u>
Honorable Judge Margaret Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**RE: MAHLE Thermal and Fluid Systems Manufacturing Management, Inc. et al v. Stark Manufacturing, LLC (S.D.N.Y.) (Case No. 26-cv-00083 (MMG)**
*<u>Letter Motion Requesting Adjournment of Preliminary Injunction Hearing On Consent</u>*

Dear Honorable Judge Garnett,

We write as counsel to MAHLE Thermal and Fluid Systems Manufacturing Management, Inc.; (2) MAHLE Thermal and Fluid Systems Dayton L.L.C.; and (3) MAHLE Filter Systems North America, Inc. (collectively, the "MAHLE Plaintiffs") in the above-referenced action.

On January 8, 2026, the MAHLE Plaintiffs filed the *MAHLE Plaintiffs' Motion for Entry of an Ex Parte TRO and Preliminary Injunction Related to MAHLE Property* [ECF No. 26], in connection with the *Declaration of Laura C. Baucus*, dated January 8, 2026 [ECF No. 27]; and the *Supplemental Declaration of Andrew Hoops Regarding MAHLE Property*, dated January 7, 2026 [ECF No. 19] (collectively, the "MAHLE Motion for Preliminary Injunction").

On January 9, 2026, the Court entered an Order and Opinion [ECF No. 28] (the "Order") on the MAHLE Motion for Preliminary Injunction, which, in relevant part, set a hearing for Wednesday, January 14, 2026 at 10:00 a.m. (the "Preliminary Injunction Hearing").

Thereafter, Stark Manufacturing, LLC ("Stark" or the "Defendant"), retained New York bankruptcy counsel, Erica Aisner, of Kirby Aisner & Curley LLP. On consent of the MAHLE Plaintiffs, on January 12, 2026, the parties requested an adjournment of the Preliminary Injunction Hearing to discuss the issues and attempt to reach a consensual resolution of their dispute, as well as a request to extend the relief granted in the Order through the new hearing date.

On January 13, 2026, the Court entered a docket entry [ECF No, 34] (the "Adjournment Order"), adjourning the Preliminary Injunction Hearing to January 16, 2026 at 1:30 p.m. Since the entry of the Adjournment Order, the MAHLE Plaintiffs and the Defendant have continued their

discussions and attempts to potentially resolve their disputes. While they believe they have made progress, they require more time to reach a potential agreement and agree that an adjournment of the Preliminary Injunction Hearing is in their mutual interests.

Accordingly, the parties respectfully request, *on consent*: (i) an adjournment of the Preliminary Injunction Hearing scheduled for January 16, 2026 at 1:30 p.m. ET to Thursday, January 22, 2026, subject to the Court's availability, or as soon thereafter as the parties may be heard; and (ii) that the Order reflected in ECF No. 28, be extended through the new hearing date.

Although not appearing in this action, Ms. Aisner, copied on this communication, has consented on behalf of Stark, to extend the Order through the date of the adjourned Preliminary Injunction Hearing.

The parties have made one prior request for an adjournment of the Preliminary Injunction Hearing.

We thank the Court for its consideration of the parties' request. Please do not hesitate to contact me if the Court has any questions regarding this matter.

Respectfully submitted,

/s/ Kathleen Aiello

Kathleen Aiello

cc: (by e-mail)
Erica Aisner, Attorney for Defendant
(eaisner@kacllp.com)

GRANTED. The conference scheduled for January 16, 2026, at 1:30 p.m. is hereby ADJOURNED until **Thursday, January 22, 2026**, at **11:15 a.m.** The conference will be conducted via Microsoft Teams. The public one-touch dial-in for the conference audio is: +1 646-453-4442,,229572950#. Counsel of record will receive a direct Microsoft Teams link via email in advance of the conference. Plaintiffs are hereby ORDERED to serve a copy of this order on Defendant and its counsel both by email and by an overnight mail delivery service that provides delivery confirmation and to file proof of email service and the delivery confirmation for mail service by **January 20, 2026**. Finally, the Court EXTENDS the temporary restraining order (Dkt. No. 28), on consent, until January 22, 2026.

SO ORDERED. Dated January 15, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE                    2